165 So. 918

**Eva Lou Jackson HUGHES v. CITY OF SYL-ACAUGA.**

**7 Div. 131.**

Court of Appeals of Alabama.
Jan. 16, 1936.

PER CURIAM.

Appeal dismissed for want of prosecution.

174 So. 901

**Alex HUGHLEY v. STATE.**

**7 Div. 293.**

Court of Appeals of Alabama.
April 20, 1937.

SAMFORD, Judge.
Appeal dismissed.

164 So. 919

**R. P. HUGULEY v. STATE.**

**4 Div. 196.**

Court of Appeals of Alabama.
Nov. 19, 1935.

Roy L. Smith, of Phenix City, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

The only point presented for decision is the action of the trial court in overruling defendant's motion, that he be discharged for the "Want of competent testimony against him." All of the testimony introduced by the state was competent and tended to connect the defendant with the crime charged in the indictment. The motion does not test the sufficiency of the evidence.

There is no error appearing in the record, and the judgment is affirmed.

Affirmed.

168 So. 905

**Bennie HULSEY v. STATE.**

**6 Div. 930.**

Court of Appeals of Alabama.
May 5, 1936.

RICE, Judge.
Appeal dismissed.

164 So. 919

**Julian HULSEY and Jim Hulsey v. STATE.**

**6 Div. 762.**

Court of Appeals of Alabama.
Dec. 17, 1935.

SAMFORD, Judge.
Appeal dismissed.

169 So. 910

**Peter HUMES v. STATE.**

**8 Div. 315.**

Court of Appeals of Alabama.
June 2, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.